AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AB_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Guadalupe HERNANDEZ-Perez<br>XXX XXX 582 | ) Case No. SA:25-MJ-1607 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 20th, 2025 in the county of Kerr in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

SHAWN E MICHAELS
Digitally signed by SHAWN E MICHAELS
Date: 2025.11.21 09:49:33 -06'00'

*Complainant's signature*

Shawn Michaels, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 21, 2025

*Judge's signature*

City and state: San Antonio, Texas    Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Shawn Michaels, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since January 7th, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. On November 20th, 2025, ICE ERO Officers responded to a roadside call out made by an officer with the Ingram Police Department to assist in positively identifying one foreign born national. Ingram Police Officer J. Alexander had initiated a vehicle stop at the City West Church, (which is located within the Western District of Texas), in Ingram, Texas, due to a traffic violation. Deportation Officer (DO), J. Veliz arrived on scene and identified himself as an immigration officer and conducted a field interview of the individual. The individual claimed to be citizen and national of Mexico illegally in the United States. The subject was taken into custody at the scene without incident and transported the San Antonio Resident Office (3523 Crosspoint., San Antonio, TX 78217) for processing.

3. At the ICE/ERO office, HERNANDEZ's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that HERNANDEZ is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-582. A review of A-XXX-XXX-582 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that HERNANDEZ is an alien who was previously removed four times from the United States to Mexico on or about March 17th, 2009, on or about April 25th, 2009, on or about March 28th, 2012, and on or about October 22nd, 2013.

4. A review of HERNANDEZ's criminal history revealed that on March 14th, 2012, he was convicted in the United States District Court, Western District of Texas, Holding Session in San Antonio, Texas, of 8 U.S.C. 1326(a), and was sentenced to Time Already Served.

5. Immigration databases revealed that HERNANDEZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removals.

6. On November 20th, 2025, HERNANDEZ was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On November 20th, 2025, the Consulate General of Mexico was notified of HERNANDEZ's arrest. An immigration detainer will be filed with the U.S. Marshal's Service on November 21st, 2025.

SHAWN E MICHAELS
Digitally signed by SHAWN E MICHAELS
Date: 2025.11.21 09:48:58 -06'00'

_____
Shawn Michaels,
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically and signed electronically on the __21st__ day of November 2025.

_____
HONORABLE HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE